AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN WILLIAM WALLACE,

                Petitioner,

                                              JUDGMENT IN A CIVIL CASE

                v.

STATE OF WASHINGTON,

                                              CASE NUMBER: CV-12-5055-EFS

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the petition is DISMISSED without prejudice for failure to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

June 12, 2012                                                  JAMES R. LARSEN
*Date*                                                           *Clerk*
                                                                 s/ Sheila Parpolia
                                                                 *(By) Deputy Clerk*
                                                                 Sheila Parpolia